IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| vs. | * | CASE NO.: CR-2024-00006-KD |
| NASHON TERRAL ITEZ JONES, | * | |
| Defendant. | * | |

**<u>UNOPPOSED MOTION TO POSTPONE SENTENCING HEARING</u>**

COMES NOW, the undersigned, as counsel for the Defendant and respectfully moves this Honorable Court to postpone the sentencing hearing in the above-styled matter for sixty (60) days. As grounds in support the undersigned would show unto the Court as follows:

1. The Sentencing Hearing is currently set for October 25, 2024.

2. The undersigned will be in a Federal Murder Trial with multiple defendants that is expected to last three (3) weeks, beginning October 7, 2024 (*USA v. McCarroll*, CR-23-169).

3. Defendant is incarcerated in Monroe County, Alabama, and the undersigned needs additional time to meet with him regarding same.

4. The undersigned has talked with the AUSA in this matter, and she has no objections to an extension.

WHEREFORE, premises considered, the undersigned respectfully moves this Honorable Court to postpone the sentencing hearing for sixty (60) days, premises considered.

        Respectfully submitted,

        */s/ S. Joshua Briskman*
        S. JOSHUA BRISKMAN
        Attorney for Defendant

OF COUNSEL:

THE BRISKMAN LAW FIRM, LLC
150 Government Street, Suite 1004
Mobile, Alabama 36602
Telephone: 251-486-1298
jbriskman@briskmanlawfirm.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have on this the 7th day of October 2024 electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification to all parties to this proceeding.

        */s/ S. Joshua Briskman*
        S. JOSHUA BRISKMAN